IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

TONY LEE GREEN, an individual,

          Plaintiff,

v.

INTEGRASCAN, LLC., et al.,

          Defendants.

Case No. CIV-12-1084-F

## AFFIDAVIT OF TYLER L. FARMER IN SUPPORT OF DEFENDANT US SEARCH, LLC'S MOTION FOR SUMMARY JUDGMENT

STATE OF WASHINGTON  )
                                    ) ss.
COUNTY OF KING           )

      I, Tyler L. Farmer, of lawful age, having first been placed under oath, hereby aver and state:

      1.    I am counsel of record for Defendant US Search, LLC in the above-captioned action, am over age 18, and competent to be a witness. I am making this declaration based on facts within my own personal knowledge and in support of US Search, LLC's Motion for Summary Judgment.

      2.    Attached as Exhibit 1 is a true and correct copy of the February 2, 2012 Order Sustaining Defendant's Demurrer to the Second Amended Complaint with attached Legal Analysis filed in *Geller v. Intelius Inc., et al.,* Case No. BC 453778 in Superior Court of the State of California for the County of Los Angeles.

      AFFIANT SAYTH NOTHING FURTHER.

1

DATED this 26th day of October, 2012.

_____
TYLER L. FARMER

## VERIFICATION

On this 26th day of October, 2012, personally appeared the above Affiant known to me to be Tyler L. Farmer, and first placing him under oath, he stated to me that he signed the above and foregoing Affidavit of his own free will, that the statements are true and correct to the best of his knowledge, and he signed said Affidavit for the purposes stated therein.

WITNESS my hand and official seal.

_____
Susan R Clifford
Notary Public Residing at Lake Stevens
My Commission expires: 2-19-14

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

M. Michael Arnett, OBA #12071
ARNETT LAW FIRM
3133 N.W. 63rd Street
Oklahoma City, OK 73116
Telephone: (405) 767-0522
Facsimile:  (405) 767-0529
E-Mail: mikearnett1@juno.com
*Attorney for Plaintiff*


Joseph H. Bocock, OBA #0906
Jeremiah L. Buettner, OBA #21615
McAfee & Taft, PC
Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Tel: (405) 235-9621
Fax: (405) 235-0439
joseph.bocock@mcafeetaft.com
jeremiah.buettner@mcafeetaft.com
*Counsel for Defendant BeenVerified, Inc.*

                                                s/TYLER L. FARMER
                                                TYLER L. FARMER