# EXHIBIT 3




My Home | My Reports | My Account Settings | Customer Service | Logout
Welcome B. B. NEELY

People Search    Reverse Phone Lookup    Email Search    Social Network Search    Property Records    Criminal Records    Background Check

**NATIONWIDE CRIMINAL SEARCH**                                Search ID# 82176987

Search Subject Name: **TONY GREEN**

Criminal records for **TONY GREEN** were searched for the following states:

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Hampshire, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin

Click here for a detailed description of the specific jurisdictions searched for each state.

Note: Information contained herein is derived solely from public records, which may not be 100 percent accurate or complete. For a more comprehensive search of a specific jurisdiction, we recommend an On Premise County Criminal search be performed.

| **Record 1 of 6** | Subject: **TONY  GREEN** |
|---|---|
| **Record Details** | |
| Jurisdiction | Palm Beach, Florida |
| County | Palm Beach |
| Case Number | 2008IN000160AX50 |
| Source | Criminal Court |
| Race | WHITE |
| Sex | Male |
| Date of Birth | \*\*/\*\*/1977 |
| Address | FL |
| **Case 1 Details** | |
| Offense Date | 1/7/2008 |
| **Court Information** | |
| Court Statute: | DISPLAY OF NUMBER AND POSS OF REG |
| Disposition Date: | 2/7/2008 |
| **Record 2 of 6** | Subject: **TONY  GREEN** |
| **Record Details** | |
| Jurisdiction | OKLAHOMA, Oklahoma |
| County | OKLAHOMA |
| Case Number | CF-2002-5179 |
| Source | Criminal Court |
| Case Filing Date | 9/19/2002 |
| Race | White |
| Sex | Male |
| Date of Birth | \*\*/\*\*/1977 |
| Height | 5 Feet 9 Inch |
| Weight | 180 Pounds |
| Hair Color | Blond or Strawb |
| Address |  LAZY LN DEL CITY, OK |
| **Case 1 Details** | |
| Offense Date | 9/13/2001 |
| Case Number | CF-2002-5179 |
| **Court Information** | |
| Offense: | POSSESSING A COUNTERFEIT IDENTIFICATION DOCUMENT |
| Case Number: | CF-2002-5179 |
| Disposition: | Guilty Plea |
| Disposition Date: | 7/18/2003 |
| **Case 2 Details** | |
| Offense Date | 9/13/2001 |
| Case Number | CF-2002-5179 |
| **Court Information** | |
| Offense: | POSSESSION OF OBSCENE MATERIAL INVOLVING THE PARTICIPATION OF A MINOR UNDER |
| Case Number: | CF-2002-5179 |
| Disposition: | Guilty Plea |
| Disposition Date: | 7/18/2003 |
| **Case 3 Details** | |
| Offense Date | 1/1/2001 |
| Case Number | CF-2002-5179 |
| **Court Information** | |

Thank you for choosing US Search as your trusted information provider! If you have any questions regarding your search results, click here or email us. Please review our Permissible Use and Disclaimer Notices.

Copyright © 2001-2011 US Search.com. All Rights Reserved


