# EXHIBIT 4

**Search 1: 5/25/2011**

| Order Date | Customer ID | Order ID | Order Line ID | Product Ordered | Order Status | Source | Ad ID | Credit Card | CC Token | Email | Payment Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2011 4:57:33 PM | 7097053 | 82045679 | 19312022 | 5005-Advanced Background | 202-Completed Line Item | GOOGLE | 027-0000000456 | REDACTED | 154423 | LJOHNSON@SOHLAWFIRM.COM | 19.95 |

**Search Criteria**     **Customer & Account Info**

| Search Field | Criteria |
|---|---|
| First Name | TONY |
| Last Name | GREEN |
| City | OKLAHOMA CITY |
| State | OK |
| Person ID | 000992008067 |

| Customer Name | Address | Phone | Email | User ID | Password |
|---|---|---|---|---|---|
| LOGAN JOHNSON | REDACTED | REDACTED | LJOHNSON@SOHLAWFIRM.COM | ljohnson@sohlawfirm.com | |

REDACTED

**Search 2: 7/13/2011**

| Order Date | Customer ID | Order ID | Order Line ID | Product Ordered | Order Status | Source | Ad ID | Credit Card | CC Token | Email | Payment Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/13/2011 8:52:30 AM | 7147948 | 82176987 | 19761615 | 3072-Instant Nationwide Criminal Search | 202-Completed Line Item | Home Page E-Com | 10002101 | REDACTED | 446383 | BBNEELY@SOHLAWFIRM.COM | 24.95 |

**Search Criteria**  **Customer & Account Info**

| Search Field | Criteria | Customer Name | Address | Phone | Email | User ID | Password |
|---|---|---|---|---|---|---|---|
| First Name | TONY | B. B. NEELY | REDACTED | REDACTED | BBNEELY@SOHLAWFIRM.COM | bbneely@sohlawfirm.com | |
| Last Name | GREEN | | | | | | |
| Person ID | 000992008067 | | | | | | |

REDACTED