**COURTROOM MINUTE SHEET**

DATE    4-5-13

CIVIL NO.    CIV-12-1084    -F

Tony Lee Green, an individual
-vs-
Integrascan, LLC, a Delaware Limited Liability Company, d/b/a Integrascan.com; USSearch, LLC, a Delaware Limited Liability company, d/b/a USSearch.com; and BeenVerified, Inc., a Delaware Corporation, d/b/a BeenVerified.com

COMMENCED   2:35        ENDED   2:40        TOTAL TIME   5 min.

PROCEEDINGS        Motion hearing

JUDGE STEPHEN P. FRIOT        DEPUTY LORI GRAY        REPORTER TRACY WASHBOURNE

PLF COUNSEL            Michael Arnett

DFT USSEARCH LLC COUNSEL Tyler Farmer, Robert Tomlinson

DFT BEENVERIFIED COUNSEL Jon Talotta, Jeremiah Buettner

Pursuant to Rule 31, the court **DISMISSES WITHOUT PREJUDICE** defendant Integrascan LLC d/b/a Integrascan.com. Plaintiff's Application to Amend Complaint and Substitute the Defendant, Integrascan, LLC with National Data Research, Inc. (doc. no. 43) is **MOOT**.

Defendant BeenVerified, Inc.'s Motion for Summary Judgment (doc. no. 27) is **GRANTED**.

Defendant US Search, LLC's Motion for Summary Judgment (doc. no. 28) is **GRANTED**.

Judgment will be entered.

12-1084x003.wpd