### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY LEE GREEN, an individual, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>INTEGRASCAN, LLC, a Delaware )<br>Limited Liability Company, d/b/a )<br>INTEGRASCAN.COM, USSEARCH, )<br>LLC, a Delaware Limited Liability )<br>Company, d/b/a USSEARCH.COM, and )<br>BEENVERIFIED, INC., a Delaware )<br>Corporation, d/b/a BEENVERIFIED.COM, )<br>)<br>Defendants. ) | Case No. CIV-12-1084-F |

### ORDER

This matter came before the court for hearing on April 5, 2013, at 2:30 p.m. on Defendant BeenVerified, Inc.'s Motion for Summary Judgment, filed on October 26, 2012 (doc. no. 27); Defendant US Search, LLC's Motion for Summary Judgment, filed on October 26, 2012 (doc. no. 28); and Plaintiff's Application to Amend Complaint and Substitute the Defendant, Integrascan, LLC with National Data Research, Inc., filed on February 28, 2013 (doc. no. 43).

In light of the representations of plaintiff's counsel and for the reasons stated by the court on the record, defendant, Integrascan, LLC, a Delaware Limited Liability Company, d/b/a Integrascan.com, is dropped as party pursuant to Rule 21, Fed. R. Civ. P., and **DISMISSED WITHOUT PREJUDICE** from this action, and plaintiff's Application to Amend Complaint and Substitute the Defendant, Integrascan, LLC with National Data Research, Inc., filed February 28, 2013, is **DENIED** as **MOOT**.

For the reasons stated by the court on the record, Defendant BeenVerified, Inc.'s Motion for Summary Judgment, filed on October 26, 2012 (doc. no. 27) and Defendant US Search, LLC's Motion for Summary Judgment, filed on October 26, 2012 (doc. no. 28), are **GRANTED**.

Judgment shall issue forthwith.

DATED this 5th day of April, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1084p012.wpd