## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY LEE GREEN, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-12-1084-F |
| ) | |
| INTEGRASCAN, LLC, a Delaware ) | |
| Limited Liability Company, d/b/a ) | |
| INTEGRASCAN.COM, USSEARCH, ) | |
| LLC, a Delaware Limited Liability ) | |
| Company, d/b/a USSEARCH.COM, and ) | |
| BEENVERIFIED, INC., a Delaware ) | |
| Corporation, d/b/a BEENVERIFIED.COM, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

This matter having come before the court upon defendant BeenVerified, Inc.'s Motion for Summary Judgment and defendant US Search, LLC's Motion for Summary Judgment, and the court having granted summary judgment in favor of defendants and the court having dismissed without prejudice defendant, Integrascan, LLC, a Delaware Limited Liability Company, d/b/a Integrascan.com,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants, BeenVerified, Inc. and defendant US Search, LLC, and against plaintiff, Tony Lee Green, on the claims alleged against defendants.

DATED this 5th day of April, 2013.

_/s/ S. P. Friot_
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE